FILED

OCT 19 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KEEGAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>Defendant. | Case No. 3:16-CV-0232-BEN-MDD<br><br>*Assigned to the Hon. Roger T. Benitez*<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:     January 29, 2016 |

1   The Court has considered the Joint Motion for Dismissal with Prejudice (the
2   "Joint Motion") filed by Plaintiff Patrick Keegan and Defendant Bose Corporation.
3   (Dkt. 26.)  For good cause shown, the Joint Motion is **GRANTED**.  The action is
4   **DISMISSED with prejudice**.  Each party shall bear its own fees and costs.
5   **IT IS SO ORDERED.**
6
7   DATED: October __, 2016
8
9
10                                                HON. ROGER T. BENITEZ
                                                  United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28